# EXHIBIT "A"

## <u>DECLARATION OF WYMAN BREVARD</u>

I, Wyman Brevard, declare as follows:

    1.  My name is Wyman Brevard.  I am over the age of eighteen and I state the following based upon my personal knowledge and review of Robert Jagger's payroll information.

    2.  This payroll information is kept by Frost & Sullivan in the regular course of business.

    3.  I personally serve as President and Director for Frost & Sullivan.

    4.  At the time of Robert Jaggers's separation from employment from Frost & Sullivan, on or about May 6, 2022, Mr. Jaggers had an annual base pay of  $123,440.70.

    5.  In addition, Frost & Sullivan is incorporated under the laws of the State of Delaware and has its principal place of business in Texas.  Since at least January 2016, the headquarters for Frost & Sullivan is located in San Antonio, Texas.

[INTENTIONALLY LEFT BLANK]

I have read the foregoing and swear and affirm that it is true and correct.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21 day of November, 2022.

DocuSigned by:

*Wyman Bravard*

WYMAN BREVARD